UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:15mj 285 |
| | ) |
| v. | ) **UNDER SEAL** |
| | ) |
| CHRISTOPHER TODD CAMPBELL | ) |
| | ) |

## ORDER SEALING COMPLAINT AND RELATED DOCUMENTS

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Application for Complaint and Supporting Affidavit, this Motion and any order issued pursuant to this be sealed immediately, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Complaint, Application for Complaint and Supporting Affidavit be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 30th day of July, 2015.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE