UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:15-MJ-285 |
| ) | |
| v.   ) | **ORDER TO UNSEAL COMPLAINT AND** |
| ) | **REDACTED AFFIDAVIT** |
| CHRISTOPHER TODD CAMPBELL ) | |
| ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and redacted Affidavit in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case except for the identit(ies) of uncharged witness(es) named in the affidavit of probable cause (the "Affidavit").

NOW, THEREFORE, IT IS ORDERED that the Complaint and the redacted Affidavit submitted by the Government in the above-captioned case be unsealed. The unredacted Affidavit shall remain sealed, except for defendant and his counsel, until further order of the Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Respectfully submitted, on this 3 day of August, 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE