RECEIVED

# UNITED STATES DISTRICT COURT

AUG 03 2015

for the

Western District of North Carolina

United States Marshals Service
Western North Carolina

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:15MJ 285 |
| CHRISTOPHER TODD CAMPBELL | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CHRISTOPHER TODD CAMPBELL                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 921(a)(4)(A); 26 U.S.C. Section 5845(a) and (f); 18 U.S.C. Section 371 -  Conspiracy and violation of laws governing firearms and explosive devices as detailed in the Affidavit of TFO Mark S. Kozen, incorporated by reference herein

FILED
CHARLOTTE, NC

AUG 06 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date:  7/30/15

_____
Issuing officer's signature

City and state:     Charlotte, North Carolina

U.S. Magistrate Judge David C. Keesler
*Printed name and title*

| **Return** |
| :-- |

This warrant was received on *(date)*  8/3/2015 , and the person was arrested on *(date)*  8/1/2015
at *(city and state)*  MOUNT HOLLY, NC          .

Date:  8/1/2015

_____
Arresting officer's signature

ZEN VIOLA, SDUSM
*Printed name and title*